

# Notice of Service of Process

null / ALL
Transmittal Number: 22403032
Date Processed: 12/09/2020

| | |
|---|---|
| Primary Contact: | Josephine Benkers<br>Plano Synergy<br>431 E South St<br>Plano, IL 60545-1676 |
| Entity: | Barnett Outdoors LLC<br>Entity ID Number  3514881 |
| Entity Served: | Barnett Outdoors, LLC |
| Title of Action: | Michael Boyd vs. Barnett Outdoors, LLC |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Product Liability |
| Court/Agency: | Orleans Parish District Court, LA |
| Case/Reference No: | 2020-9468 L-6 |
| Jurisdiction Served: | Florida |
| Date Served on CSC: | 12/08/2020 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Gilbert V. Andry, IV<br>504-522-1000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT A



**ATTORNEY**
THE ANDRY LAW FIRM

GILBERT V. "GIBBY" ANDRY, IV

TELEPHONE: 504-522-1000
FACSIMILE: 504-522-8000
TOLL FREE: 855-88-GIBBY

828 BARONNE STREET  |  NEW ORLEANS  |  LOUISIANA 70113  |  gandry@gibbyandrylaw.com  |  www.gibbyandrylaw.com

December 4, 2020

**Via Certified mail, Return Receipt Requested**
**Receipt No.:  7006 3450 0002 5141 0165**

Corporation Service Company,
o/b/o Barnett Outdoors, LLC
1201 Hays Street
Tallahassee, FL  32301

    Re:    Michael Boyd and Tina M. Boyd vs. Barnett Outdoors, LLC
             CDC No.: 2020-9468

Dear Sir/Madame:

    Enclosed herewith please find the Citation and Petition for Damages which are hereby served upon Barnett Outdoors, LLC, through the Louisiana Long Arm Statute La. R.S. § 13:3201.  A response to the Petition for Damages will be expected within the time delays allowed by law.

    Very truly yours,

    GIBBY ANDRY, THE ANDRY LAW FIRM, LLC

    GILBERT V. ANDRY, IV

GVA, IV/kgf
Enclosures

ATTORNEY'S NAME: Andry, Gilbert V 20056
AND ADDRESS: 828 Baronne Street, New Orleans, LA 70113

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-09468     DIVISION: L     SECTION: 06

### BOYD, MICHAEL ETAL ET AL

Versus

### BARNETT OUTDOORS LLC

### CITATION - LONG ARM

TO:     BARNETT OUTDOORS, LLC
THROUGH:     THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT OF SERVICE: CORPORATION SERVICE COMPANY
1201 HAYS STREET, TALLAHASSEE, FL 32301

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 24, 2020**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Malik Haley, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON **BARNETT OUTDOORS, LLC** THROUGH: **THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT OF SERVICE: CORPORATION SERVICE COMPANY** Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ _____/ ENTERED /_____ PAPER    RETURN ____/____/____ SERIAL NO.    DEPUTY    PARISH | On this _____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON **BARNETT OUTDOORS, LLC** THROUGH: **THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT OF SERVICE: CORPORATION SERVICE COMPANY** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **BARNETT OUTDOORS, LLC** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10575672                          Page 1 of 1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2020-9468                                           DIVISION: L-6

MICHAEL BOYD AND TINA M. BOYD

VERSUS

BARNETT OUTDOORS, LLC

FILED: _____     _____
                                    DEPUTY CLERK:

**PETITION FOR DAMAGES**

The petition of Plaintiffs, Michael Boyd and Tina M. Boyd, persons of the full age of majority, and domiciled in the Parish of Orleans, State of Louisiana, by and through undersigned counsel respectfully represents that:

1.

Made defendant herein is:

1. **BARNETT OUTDOORS, LLC,** a limited liability company with its domiciliary address in the State of Florida.

2.

On or about November 16, 2019, Plaintiff, Michael Boyd, went hog hunting near his home with a Barnett Crossbow he had recently purchased online through Amazon and wanted to use same. Because Plaintiff did not come across any hogs during this hunt, Plaintiff ended the hunt and returned home. As Plaintiff returned to his home, Plaintiff shot the bow at Plaintiff's personal home target in order to release the bow's pressure, which Plaintiff had done many times before. As Plaintiff shot the bow, his left thumb was struck by the bow's string. as a result of the bow not being equipped with proper finger guards.

3.

As a direct result of Plaintiff's crossbow not being equipped with proper finger guards, Plaintiff's left thumb suffered serious and permanent physical injuries, including a laceration and fracture, as well as psychological and emotional damages.

1

4.

Prior to, on the day of, and at the time of this incident, Plaintiff, Michael Boyd, was married to Plaintiff, Tina M. Boyd.

5.

Subsequent to the accident, and as a direct result thereof, Plaintiff, Tina M. Boyd, suffered the following damages, including, but not limited to pain and suffering, mental anguish, medical expenses, physical and emotional distress, capacity to earn an income, and loss of consortium.

6.

Defendant, Barnett Outdoors, LLC, is the manufacturer of the said crossbow, which was purchased by Plaintiff, Michael Boyd.

7.

Prior to this incident, Defendant, Barnett Outdoors, LLC, had knowledge that the subject crossbow was unsafe for use, as the crossbow was not equipped with finger guards to protect the user's fingers.

8.

Prior to, at the time of, and subsequent to the purchase but prior to the incident, Defendant, Barnett Outdoors, LLC never instructed or warned any potential purchases including but not limited to Plaintiff, Michael Boyd, in any way, verbally or with any written documentation, that the subject crossbow was unsafe to use as it did not have fingerguards on its equipment creating an unsafe operating condition.

9.

As a direct result of the failure of the subject crossbow not being equipped with proper fingerguards, and the failure of Defendant, Barnett Outdoors, LLC, to provide any instruction and/or warning regarding the limited application of the crossbow, Plaintiff suffered serious physical and emotional damages.

2

10.

The injuries of Plaintiffs were caused by the negligence of Defendant, Barnett Outdoors, in the following non-exclusive particulars:

a. Failure to design;

b. Failure to manufacture;

c. Failure to guard;

d. Failure to warn pre-sale;

e. Failure to warn post-sale;

f. Failure to provide any warning as to reasonable safe use of the subject crossbow;

g. Failure to warn or instruct of the limited usages of the subject crossbow that failed in this mater

h. Failure to warn that the subject crossbow should not be used as it creates an unsafe environment;

i. Failing to sell the Plaintiff a reasonable safe product;

j. The subject crossbow was defective in design;

k. Failure to warn of the defect at the time of the design;

l. Failure to warn of the defect at the time of sale;

m. Failure to warn of the defect post sale; and

n. Any and all other acts of negligence which may be proven at the trial of this matter.

11.

As a direct result of the negligence of the defendant, Barnett Outdoors, LLC, Plaintiff, Michael Boyd suffered the following damages:

a. Past and present pain and suffering;

b. Future pain and suffering;

c. Past and present mental anguish;

d. Future mental anguish;

e. Past and present medical expenses;

3

  f.  Future medical expenses;

  g.  Past loss of capacity to earn income and life care costs;

  h.  Future loss of capacity to earn income; and

  i.  Any and all other damages which may be proven at the trial of this matter.

12.

As a direct result of the negligence of the Defendant, Barnett Outdoors, LLC, Plaintiff, Tina M. Boyd suffered the following damages:

  a.  Past and present pain and suffering;

  b.  Future pain and suffering;

  c.  Past and present mental anguish;

  d.  Future mental anguish;

  e.  Past and present medical expenses;

  f.  Future medical expenses;

  g.  Past loss of capacity to earn income;

  h.  Loss of consortium;

  i.  Any and all other damages which may be proven at the trial of this matter.

**WHEREFORE,** the Plaintiffs, Michael Boyd, and Tina M. Boyd, pray that defendant Barnett Outdoors, LLC, be duly cited to appear and answer this Petition, and that they be serve with a copy of same; that after due proceedings had, there be a judgment in favor of Plaintiffs and against Defendant, Barnett Outdoors, LLC, for such damages as are reasonable, for legal interest thereon from the date of judicial demand until paid; for all costs of this proceeding; and for all general and equitable relief.

          Respectfully submitted,

          GIBBY ANDRY, THE ANDRY LAW FIRM, LLC

          _____
          GILBERT V. ANDRY, IV (LSBA # 20056)
          828 Baronne Street
          New Orleans, LA 70113
          Telephone: (504) 522-1000
          Facsimile: (504) 522-8000

A TRUE COPY

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

4

**PLEASE SERVE VIA LOUISIANA LONG ARM STATUTE:**

**BARNETT OUTDOORS, LLC**
Through its Registered Agent for Service
Corporation Service Company
1201 Hays Street
Tallahassee, FL  32301

5



# GIBBY ANDRY
### ATTORNEY
### THE ANDRY LAW FIRM

828 Baronne Street
New Orleans, LA 70113



7006 3450 0002 5141 0165



FIRST-CLASS

US POSTAGE
$ 007.05⁰
02 7H
0001310132   DEC 04 2020
MAILED FROM ZIP CODE 70113

Corporation Service Company,
o/b/o Barnett Outdoors, LLC
1201 Hays Street
Tallahassee, FL  32301